IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:98-cr-00025-MP-AK

JOSEPH NATHAN FLOWERS,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 42, Motion for Authorization to Release Presentence Report, filed by Defendant Joseph Flowers. Upon consideration, the motion is GRANTED. The Probation Office is hereby authorized to release the Presentence Report to the public defender.

**DONE AND ORDERED** this  *22nd* day of January, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge